# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

| | |
|---|---|
| **GLYN D. WILLIAMS,** ADC #105883 | **PLAINTIFF** |
| v. | Case No. 1:16-cv-00126 KGB/BD |
| **RICK GILLASPIE,** *et al.* | **DEFENDANTS** |

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") from United States Magistrate Judge Beth Deere (Dkt. No. 3). No objections to the Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Glyn D. Williams's complaint (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 16th day of October, 2017.

_____
Kristine G. Baker
United States District Judge