IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GLYN D. WILLIAMS,
ADC #105883                                                                                    PLAINTIFF

v.                     Case No. 1:16-cv-00126 KGB/BD

RICK GILLASPIE, *et al.*                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So ordered this 16th day of October, 2017.

_____
Kristine G. Baker
United States District Judge